# EXHIBIT A

PRINCIPALITY OF LIECHTENSTEIN

PRINCELY
# DISTRICT COURT

[Rubber stamp:
RECEIVED Sep. 10, 2009 ]

File no.: Always indicate
<u>14 UR. 2008.186</u>
ON 74

Wolff Gstöhl & Partner
Attorneys at law
Mitteldorf 1
9490 Vaduz

Vaduz, 09/07/2009/FRSP

## Discontinuation of the preliminary investigations in accordance with § 22, para. 1, StPO

The prosecution of Liechtenstein submitted a declaration that no reason has been found for an additional criminal prosecution against U.T. on a suspicion based on §§ 146, 147, para. 2, 148 StGB.

The preliminary investigations have been **discontinued** following the decision by the inquisitor dated 09/07/2009 in accordance with § 22, para. 1 StPO.

[ PRINCELY
REGIONAL COURT

Sincerely,
Princely District Court

// signature //
lic. Iur. Michael Jehle
Princely District Judge

CERTIFIED TRANSLATION
PREPARED BY
SEVEN LANGUAGES, INC.

# SEVEN LANGUAGES TRANSLATING SERVICES, INC.
## TRANSLATORS • INTERPRETERS

Conferences • Depositions • Documents • Translations • Legal • Commercial • Medical • Technical • U.S. Court Certified Interpreters
Web site: www.sevenlanguages.com • E-mail: sevenlan@gate.net

### CERTIFICATE OF TRANSLATION

STATE OF FLORIDA        }
                        }
COUNTY OF MIAMI-DADE    }

I, ELISE GICHON-STRAUSS, on behalf of SEVEN LANGUAGES TRANSLATING SERVICES, Inc., do certify that the attached translation, consisting of __1__ pages, is, to the best of my knowledge and belief, a true and accurate rendition into the __English__ language of the original written in __German__

_____
ELISE GICHON-STRAUSS

The foregoing instrument was acknowledged by me on this __14__ day of __September__ 20__09__. ELISE GICHON-STRAUSS personally appeared before me at the time of notarization. She is personally known to me and produced a driver's license as identification and she did take an oath.

_____
Natasha M. Sanchez, Notary Public
State of Florida at Large

NATASHA M SANCHEZ
MY COMMISSION # DD811182
EXPIRES August 03, 2012
(407) 398-0153   FloridaNotaryService.com

The utmost care has been taken to ensure the accuracy of all translations. SEVEN LANGUAGES TRANSLATING SERVICES and its employees shall not be liable for any damages due to negligence or error in typing or translation.

SPANISH
FRENCH
ITALIAN
HEBREW
CREOLE
DUTCH
PORTUGUESE
GERMAN
CHINESE
JAPANESE
RUSSIAN
SCANDINAVIAN
ASIAN
SLAVIC
& ALL OTHER
LANGUAGES

OFFICES IN MIAMI • FT. LAUDERDALE • ORLANDO • TOKYO
19 W. FLAGLER ST. • SUITE 806 • MIAMI, FLORIDA 33130
DADE (305) 374-6761 • 24 HR. FAX (305) 374-0339 • 1-800-374-6761

FÜRSTENTUM LIECHTENSTEIN
**FÜRSTLICHES
LANDGERICHT**



Aktenzeichen bitte immer anführen
14 UR.2008.186
ON 74

Wolff Gstöhl & Partner
Rechtsanwälte
Mitteldorf 1
9490 Vaduz

Vaduz, 07.09.2009/FRSP

# Einstellung der Vorerhebungen gemäss § 22 Abs 1 StPO

Die Liechtensteinische Staatsanwaltschaft hat die Erklärung abgegeben, dass zur weiteren strafgerichtlichen Verfolgung gegen U.T. wegen des Verdachtes nach §§ 146, 147 Abs 2, 148 StGB kein Grund gefunden wird.

Die Vorerhebungen wurden mit Beschluss des Untersuchungsrichters vom 07.09.2009 gemäss § 22 Abs 1 StPO **eingestellt**.

Mit freundlichen Grüssen
Fürstliches Landgericht

lic. iur. Michael Jehle
Fürstlicher Landrichter